IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURINCE O'SHEIGH SIMPSON, ) | No. C 11-4067 LHK (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| v. ) | |
| STATE OF CALIFORNIA, et al., ) | |
| Defendants. ) | |

    On August 19, 2011, Plaintiff filed a *pro se* federal civil rights complaint pursuant to 42 U.S.C. § 1983.  On November 15, 2011, the Court dismissed this action with leave to amend due to several deficiencies in Plaintiff's civil rights complaint.  The Court warned Plaintiff that the failure to file an amended civil rights complaint within thirty days would result in the dismissal of this action.  To date, Plaintiff has not communicated with the Court.  Accordingly, this case is DISMISSED without prejudice.  The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 1/3/12

                                             LUCY H. KOH
                                             United States District Judge

Order of Dismissal
P:\pro-se\sj.lhk\cr.11\Simpson067dis