IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURINCE O'SHEIGH SIMPSON, | No. C 11-4067 LHK (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/3/12

LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\cr.11\Simpson067jud